UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLS ADVANCE LLC,

                Plaintiff,

-against-

NICOLE L CARPENTER,

                Defendant.

1:22-cv-09997 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Defendant's request at ECF No. 23 to adjourn the initial pretrial conference scheduled for February 16, 2023 is hereby **GRANTED**. Additionally, by separate order today, the Court is referring this case to the designated Magistrate Judge for General Pretrial Purposes, including settlement.

Dated: February 13, 2023
       New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge