UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WELLS ADVANCE LLC,

                        Plaintiff,

      -against-

NICOLE L CARPENTER,

                       Defendant.

1:22-cv-09997 (JLR) (BCM)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    Whereas the deadline to complete all discovery is September 29, 2023.  ECF No. 34.

    IT IS HEREBY ORDERED that counsel for all parties shall appear before U.S. District Court Judge Jennifer L. Rochon for a post-discovery conference on **October 26, 2023 at 11 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  This conference will either serve as a pre-motion conference or will be used to set a trial date and dates for pretrial submissions.

    IT IS FURTHER ORDERED that, if any party wishes to move for summary judgment or to exclude expert testimony, it shall, no later than **October 5, 2023**, file a letter as set forth in Section 3(I) of the Court's Individual Rules and Practices in Civil Cases, and any response letter shall be filed no later than **October 12, 2023**.

    IT IS FURTHER ORDERED that, no later than **October 19, 2023**, the parties shall file a joint two-page letter updating the Court on the status of the case, including proposed deadlines for pretrial submissions and trial dates.

    This Order does not impact any other deadlines and this case remains before Magistrate Judge Moses for General Pretrial Purposes.

Dated:  March 30, 2023
          New York, New York

                                                  SO ORDERED.

                                                  JENNIFER L. ROCHON
                                                  United States District Judge